IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JANICE DRIGGERS,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO: 7:23-cv-126  (WLS) |
| **CAMP HOSPITALITY, INC.,** | : |
| **Defendant.** | : |
| _____ | : |

### ORDER

Presently before the Court is the Joint Stipulation of Dismissal With Prejudice (Doc. 10) ("Stipulation") filed August 13, 2024. Therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] the Parties, by stipulation, dismiss this action with prejudice.

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** The Parties' Stipulation. The above action is **DISMISSED, WITH PREJUDICE**. The Parties shall bear their own fees and costs. Plaintiff's claims against Defendant having now been resolved, the Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 15th day of August 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: . . .  (ii) a stipulation of dismissal signed by all parties who have appeared."